JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

<table>
<tr><td>MIKEL DANIELSON, an individual;<br><br>      Plaintiff,<br><br>  vs.<br><br>TTX COMPANY, a Delaware Corporation; and DOES 1 through 50, inclusive;<br><br>      Defendants.</td><td>Case No. 5:24-cv-02119-KK(SPx)<br>*(Assigned for all purposes to the District Judge Kenly Kiya Kato, Magistrate Judge Sheri Pym, Dept. 6)*<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**</td></tr>
</table>

Plaintiff **MIKEL DANIELSON** ("Plaintiff") and Defendant **TTX COMPANY** ("Defendant") (collectively, the "Parties") submitted a Joint Stipulation Dismissing Action with Prejudice.

The Court, having read and considered the Parties' Joint Stipulation Dismissing Action with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Complaint and this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

2. The District Court retains jurisdiction to enforce the settlement agreement.

1

ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE

JML LAW
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367

3.  Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED. (JS-6)**

Dated:        March 5, 2026

_____

*Hon. District Judge Kenly Kiya Kato*

JML LAW
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367

2

**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**